IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARELS TALBERT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TAMI LEVIN | : | NO. 15-279 |
| LESLIE DAVILA | : | |

**ORDER**

AND NOW, this _____ day of January, 2015, upon consideration of Charles Talbert's motion to proceed *in forma pauperis* and his *pro se* petition for a writ of mandamus, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The petition for a writ of mandamus is DISMISSED as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons discussed in the Court's memorandum.

3. The Motion for Peremptory Judgment is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.